74 A.3d 122

**Michelle FELDER, Respondent**

v.

**Mark A. GRAHAM, Petitioner.**

**No. 119 EM 2013.**

Supreme Court of Pennsylvania.

Sept. 4, 2013.

## *ORDER*

PER CURIAM.

**AND NOW,** this 4th day of September, 2013, the Petition for Review is **DENIED.**